IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT RATLEFF,**

    Petitioner,

v.                                         Case No. 2:04-cv-947
                                               JUDGE SARGUS

**DEBORAH TIMMERMAN-COOPER,**

    Warden,                                       Magistrate Judge KEMP

    Respondent.

## OPINION AND ORDER

On June 8, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**. The Clerk is **DIRECTED** to enter final judgment dismissing this action.

**IT IS SO ORDERED.**

                                                               7-11-2005
                                                  EDMUND A. SARGUS, JR.
                                                  United States District Judge